UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NEM PRAKASH BHUSAL,<br><br>　　　　　　Petitioner,<br>　　v.<br><br>PAMELA BONDI, *et al.*,<br><br>　　　　　　Respondents. | CASE NO. 2:26-cv-00416-GJL<br><br>ORDER TO SHOW CAUSE |

This immigration habeas action was filed pursuant to 28 U.S.C. § 2241. Currently pending in this action is Petitioner Nem Prakash Bhusal's federal habeas Petition. Dkt. 1. The Petition is fully briefed. Dkts. 1, 9, 12. Upon review of the parties' submissions, the Court **ORDERS** Petitioner to **SHOW CAUSE** not later than **March 4, 2026**, why this action should not be stayed as outlined below.

"A district court has discretionary power to stay proceedings in its own court." *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005) (citing *Landis v. North American Co.*, 299 U.S. 248, 254 (1936)). "The power to stay a case is 'incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.'" *Halliwell v. A-T Sols.*, 2014 WL 4472724, at *7 (S.D. Cal. Sept. 10, 2014) (quoting *Landis*, 299 U.S. at 254).

ORDER TO SHOW CAUSE - 1

1  Petitioner, who is a noncitizen currently detained at the Northwest ICE Processing Center ("NWIPC"), argues his removal is not likely to occur in the reasonably foreseeable future and he is thus entitled to immediate release under *Zadvydas v. Davis*, 533 U.S. 678 (2001). Dkt. 1. At this juncture, however, the parties agree that Petitioner has been issued a travel document enabling his immediate removal to Nepal. *See* Dkt. 9 at 2; Dkt. 12 at 2–3. The parties also agree that, if Petitioner is removed to Nepal before his travel document expires, this would resolve the Petition and all claims therein. *See* Dkt. 9; Dkt. 12 at 2–3. Nevertheless, Petitioner argues the mere issuance of a travel document is not dispositive and, rather than dismissing the Petition, the Court should instead "wait and see if the travel document is actually heeded." *Id.*

The Court agrees with Petitioner's suggestion and, therefore, **ORDERS** Petitioner to **SHOW CAUSE** not later than **March 4, 2026**, why this case should not be stayed for a reasonable period not to exceed the date on which his travel document expires. In addition, Respondents **MUST** file a declaration confirming the expiration date for Petitioner's travel document not later than **March 4, 2026**, and Respondents **MAY** file an optional reply to the show cause response on or before **March 6, 2026**.

The Clerk of Court is **DIRECTED** to **RENOTE** the Petition (Dkt. 1) for consideration on **March 6, 2026**.

Dated this 27th day of February, 2026.

Grady J. Leupold
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2