UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NEM PRAKASH BHUSAL,

Petitioner,

v.

PAMELA BONDI, *et al*.,

Respondents.

CASE NO. 2:26-cv-00416-GJL

ORDER LIFTING STAY AND
DENYING FEDERAL HABEAS
PETITION AS MOOT

This immigration habeas action was filed pursuant to 28 U.S.C. § 2241. In his federal habeas Petition, Petitioner Nem Prakash Bhusal argues his removal is not likely to occur in the reasonably foreseeable future and he is thus entitled to immediate release under *Zadvydas v. Davis*, 533 U.S. 678 (2001). Dkt. 1. On March 6, 2026, the Court granted a stipulated motion to stay this case so that Respondents[1] could attempt to remove Petitioner to Nepal. Dkt. 18. In a subsequent joint status report, the parties represent that Petitioner was removed to Nepal on March 20, 2026, and agree that this matter is now moot and that this case should be dismissed. Dkt. 19.

---

[1] The Clerk of Court is **DIRECTED** to **SUBSTITUTE** Acting United Staes Attorney General Todd Blanche for Respondent Pamela Bondi and to **UPDATE** the case caption accordingly.

ORDER LIFTING STAY AND DENYING
FEDERAL HABEAS PETITION AS MOOT - 1

Under Article III of the United States Constitution, federal courts may adjudicate only actual, ongoing cases or controversies. *Deakins v. Monaghan*, 484 U.S. 193, 199 (1988). "For a habeas petition to continue to present a live controversy after the petitioner's release or deportation . . . there must be some remaining 'collateral consequence' that may be redressed by success on the petition." *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007). Because Petitioner sought only his release from immigration detention and is no longer so detained, there is no live controversy remaining for the Court's consideration. *See* Dkt. 1.

Accordingly, the stay is **LIFTED**, the Petition (Dkt. 1) is **DENIED as moot**, and this action is **DIMISSED without prejudice**.

Dated this 7th day of April, 2026.

Grady J. Leupold
United States Magistrate Judge

ORDER LIFTING STAY AND DENYING
FEDERAL HABEAS PETITION AS MOOT - 2